**Form 106–C**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CASE NAME: Snyder v. Allegheny Estates, LLC et al

CASE NUMBER: 21–02109–CMB

RELATED TO DOCUMENT NO: 1

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Complaint that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

A proposed order is required to be filed with all requests for relief.

You must file a proposed order within seven (7) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the Proposed Order that is filed in response to this Notice.**

Dated this The 12th of November, 2021

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219